SEND
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-0021 PA (AGRx) | Date | January 16, 2009 |
|---|---|---|---|
| Title | Hengky Pontonuwu v. Sportsmen's Lodge, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

On January 13, 2009, the Court issued an order provisionally remanding this action to the Los Angeles Superior Court as a result of procedural defects in the Notice of Removal. In its January 13, 2009 order, the Court stayed the order remanding the action to provide plaintiff with an opportunity to waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by January 20, 2009, if he waived the procedural defects in the Notice of Removal. Plaintiff has filed a Notice stating that he does not waive the procedural defects. Accordingly, for the reasons stated in the January 13, 2009 Order, this action is remanded to Los Angeles Superior Court.

IT IS SO ORDERED.